AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2020 MAR 31 PM 12: 25
CLERK C. Robinson
SO. DIST. OF GA.

# United States District Court
## Southern District of Georgia

JACKIE DELORES DOUGLAS,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:18-cv-64

ANDREW SAUL, Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on March 30, 2020 adopting the Report and Recommendation of the Magistrate Judge and affirming the decision of the Commissioner, claims of the Plaintiff, JACKIE DELORES DOUGLAS, against the Defendant, ANDREW SAUL, Commissioner of Social Security, are hereby dismissed.

Approved by: _____
HON. LISA GODBEY WOOD

March 31, 2020
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03